**Signed: June 05, 2006**



_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                          No. 06-40644 TG
                                               Chapter 13
BILLY T. McINTYRE,

         Debtor.
_____/

**MEMORANDUM RE VARIOUS CASE DEFICIENCIES**

The above-captioned debtor (the "Debtor") filed a petition seeking relief under chapter 13 of the Bankruptcy Code on May 1, 2006. The debtor is not represented by counsel. On May 12, 2006, the chapter 13 trustee (the "Trustee") filed a motion to dismiss the case based on the Debtor's failure to file a pre-petition credit counseling certificate. On May 17, 2006, the Court issued an order noting that the Debtor had failed to file certain required documents within the required deadline and giving notice that the case would be dismissed unless the Debtor remedied these deficiencies.

On May 30, 2006, the Debtor filed an objection to the Trustee's motion to dismiss. He stated that he had obtained credit counseling. However, he failed to file a copy of the credit counseling certificate or to indicate whether the counseling had been obtained

pre-petition as required by current law. Section 109(h) provides that an individual is not eligible to be a bankruptcy debtor unless the debtor obtains pre-petition counseling (unless the debtor requested counseling at least 5 days before filing and was unable to obtain it).

The Debtor also filed a response to the Court's order regarding the missing documents on May 30, 2006. He asked for more time to file the missing documents but failed to specify how long an extension he desired. Section 521(i) of the Bankruptcy Code provides that a bankruptcy case will be automatically dismissed on the 46th day if the debtor fails to file all required documents by the 45th day. Thus, unless the Debtor files the missing documents by June 15, 2006, the case will be automatically dismissed on June 16, 2006.

Based on these provisions, the Court concludes that the case should be dismissed without further notice and hearing unless the Debtor, by no later than June 15, 2006:

(1) files all missing documents; and

(2) files a credit counseling certificate indicating that he obtained pre-petition credit counseling.

If the Debtor timely complies with both of these requirements, the Trustee's motion will be denied. The Trustee is directed to submit an appropriate form of order after June 15, 2006.

END OF DOCUMENT

2

```
 1
 2                        COURT SERVICE LIST
 3   Martha G. Bronitsky
     Chapter 13 Standing Trustee
 4   24301 Southland Dr., Ste. 200
     Hayward, CA 94545-1541
 5
     Billy T. McIntyre
 6   1812 Brente Lane
     San Pablo, CA 94806
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```